IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUES LINDER and<br>MARLYSE P. LINDER | : <br> : <br> : | CIVIL ACTION NO. 02-CV-3933 |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | |
| BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM | : <br> : <br> : <br> : <br> : <br> : | ENTRY OF APPEARANCE |
| Defendants. | : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____     _____
Hope S. Freiwald                                              Aline Fairweather


_____     _____
Alison T. Conn                                                Kirstin J. Miller


Dated:  August 19, 2002                        DECHERT PRICE & RHOADS
                                                                4000 Bell Atlantic Tower
                                                                1717 Arch Street
                                                                Philadelphia, PA  19103-2793
                                                                (215) 994-4000